IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KEYONDRIA ROBINSON,　　　　　　　　*

　　　　　Plaintiff,　　　　　　　　　　*
v.　　　　　　　　　　　　　　　　　　Case No.  7:22-CV-6(HL)
　　　　　　　　　　　　　　　　　　　*
COMMISSIONER OF SOCIAL SECURITY,
　　　　　　　　　　　　　　　　　　　*
　　　　　Defendant.
_____　*

## **J U D G M E N T**

Pursuant to the Order of this Court filed August 30, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $7,910.32, filing costs of $402.00, and service expenses of $22.59.

This 30th day of August, 2022.

　　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk

　　　　　　　　　　　　　　　　　　　s/  Robin L. Walsh, Deputy Clerk